```
                                          FILED: November 25, 2008

               UNITED STATES COURT OF APPEALS
                   FOR THE FOURTH CIRCUIT

                   _____

                       No. 08-8180
                   (6:08-cv-01452-MBS)
                   (6:08-cv-01453-MBS)
                   (6:08-cv-01454-MBS)
                   _____


JONATHAN LEE RICHES,

              Plaintiff - Appellant

v.

KEITH OLBERMANN; HAPPY HARRY'S INCORPORATED; METROMEDIA
RESTAURANT GROUP; PONDEROSA; BONANZA; BENNIGAN'S,

              Defendants - Appellees

                   _____

                     RULE 45 MANDATE
                   _____
```

This Court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                    /s/Patricia S. Connor, Clerk